UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSEPH KELLY, | Case No. 3:14-cv-00685-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Court mail has been returned from Ely State Prison ("ESP"), the last institutional address given by petitioner, with a notation indicating that petitioner is no longer is at ESP. The inmate locator on the state corrections department's website reflects that petitioner is no longer at ESP but may still be in custody, though where petitioner is currently located is unclear. Petitioner has not filed an updated notice of change of address as required by Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address. However, as it appears petitioner may still be in custody, respondents are hereby ordered to provide the Court with the petitioner's current address, if available, within ten (10) days of entry of this order. If petitioner's address is not available to respondents and petitioner otherwise fails to provide the Court a notice of change of address, this action will be dismissed without prejudice.

DATED THIS 6th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE