UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH KELLY,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00685-MMD-VPC<br><br>ORDER |

In light of the petitioner's submission of a notice of change of address (ECF No. 35), the Court's order of December 6, 2017, directing respondents to provide the Court with petitioner's address is vacated as moot.

It is so ordered.

DATED THIS 13th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE