UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH KELLY,<br><br>                 Petitioner,<br><br>    v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>                 Respondents. | Case No. 3:14-cv-00685-MMD-VPC<br><br>ORDER |

      Good cause appearing, respondents' motion for an extension of time (ECF No. 37) is granted. Respondents will have up to and including January 16, 2018, within which to file an answer to the petition in this case. Petitioner may file a reply within thirty (30) days of service of the answer. Respondents are advised that the Court is unlikely to grant any further extensions of time to file the answer in this case.

      It is so ordered.

      DATED THIS 18th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE