# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOSEPH KELLY,

Petitioner,

v.

TIMOTHY FILSON, *et al.*,

Respondents.

Case No. 3:14-cv-00685-MMD-VPC

ORDER

On December 12, 2017, the Court received a notice of change of address from petitioner. (ECF No. 35.) Petitioner stated that his new address was:

> Joseph B. Kelly 94573
> Saguaro Correctional Center
> 1250 East Arica St.
> Eloy, Arizona  85231

Petitioner's address was updated with the Court accordingly.

On January 16, 2018, respondents filed their answer to the petition. (ECF No. 40.) On February 5, 2018, petitioner filed a notice indicating that he had not received the answer, but that he had received the Court's December 18, 2017, order granting respondents an extension of time to answer. (ECF No. 41.) On March 12, 2018, petitioner filed a second notice advising the Court of the same. (ECF No. 42.)

Petitioner's second notice includes a zip code that differs from that included in his change of address and first notice to the Court. The Court takes judicial notice that the zip code at Saguaro Correctional Center is 85131. It is therefore ordered that the Clerk of Court update petitioner's address to reflect the correct zip code.

1    Petitioner requests a copy of the docket sheet in this matter, as well as a copy of
2 the respondents' answer. The request is granted. The Clerk of Court will send petitioner
3 a copy of the docket sheet in this action, along with a copy of the respondents' answer
4 filed on January 16, 2018 (ECF No. 40).
5    In light of petitioner's assertion that he did not timely receive respondents' answer,
6 the Court hereby resets the deadline for petitioner to file a reply. It is therefore ordered
7 that petitioner must file any reply to the answer within sixty (60) days of the date of this
8 order.
9    DATED THIS 14th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE